# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-mj-60107-WPD

UNITED STATES OF AMERICA,

vs.

ERIC HUNTER, aka "E" aka "Onsight Eno,"
DERRICK SLADE, aka "D" aka "Solja," and
GREGORY STICKNEY, aka "Gucci Greg,"

                Defendants,
_____/

## NOTICE OF APPEARANCE

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits the following Notice of Appearance in the above-captioned case notifying all interested persons that Assistant United States Attorney Jeffrey N. Kaplan shall appear on behalf of the United States in this matter.

      Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

s/ *Jeffrey N. Kaplan*
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A05500030
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel No. (954) 356-7255
Fax No. (954) 356-7336
Email: jeffrey.kaplan@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **October 5, 2020**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              s/ *Jeffrey N. Kaplan*
                                              JEFFREY N. KAPLAN
                                              ASSISTANT UNITED STATES ATTORNEY