UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 20-60107-CR-DIMITROULEAS

   Plaintiff,

vs.

ERIC HUNTER,

   Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Eric Hunter's Motion for Appointment of Learned Counsel Under 18 U.S.C. § 3005 [DE-93], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the motion [DE-93] is granted; the Court appoints Reginald Anthony (Tony) Moss as learned counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of November, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Reginald Anthony Moss, Esq.